IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD DAMON | : | CIVIL ACTION |
| v. | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security | : | NO. 15-1027 |

**FILED**
OCT 18 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

**ORDER**

AND NOW, this 18th day of October 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response, and Plaintiff's Reply Brief, as well as the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief sought in Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 11, is GRANTED.

3. The matter is REMANDED to the Commissioner for further administrative proceedings consistent with Magistrate Judge Angell's Report and Recommendation.

BY THE COURT:

_____
JOSEPH F. LEESON, JR.

10-18-16
e-mailed